UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES L. WRIGHT,

     Plaintiff,

v.                                                    CASE NO: 8:10-cv-986-T-23AEP

BANK OF AMERICA, INC., et al.,

     Defendants.

_____/


# O R D E R

     The plaintiff states (Doc. 14) that this matter is settled.  Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty (60) days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

     ORDERED in Tampa, Florida, on June 15, 2010.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**